RECEIVED
AUG - 1 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

SHEILA LONGINO, on behalf
    of her minor son JL

DOCKET NO. 12-cv-00997

VERSUS

DOLGENCORP, LLC d/b/a
    DOLLAR GENERAL, et al.

JUDGE JAMES T. TRIMBLE
MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that plaintiff's motion to remand and for attorneys fees (Doc. 4) is DENIED.

IT IS FURTHER ORDERED that Cotton be dismissed as a defendant.

THUS DONE AND SIGNED at Alexandria, Louisiana on this 1st day of August, 2012.

                          JAMES T. TRIMBLE, JR.
                        UNITED STATES DISTRICT JUDGE